IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANTONIO FREEMAN | ) | |
| --- | --- | --- |
| | ) | No. 3-11-0867 |
| v. | ) | |
| | ) | |
| JUDGE DAVID LEE GAY, et al. | ) | |

O R D E R

In accord with the order entered March 6, 2014 (Docket Entry No. 205), defendants Stinson and Washburn filed a status report (Docket Entry No. 208), indicating that briefing is completed on the plaintiff's appeal in his criminal case and the parties are awaiting a decision by the Tennessee Court of Criminal Appeals.

By October 1, 2014, defendants Stinson and Washburn shall file another status report, indicating the status of the plaintiff's appeal.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge